no $

RECEIVED
BY: [signature]
OCT 13 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Brandon Francis #429626
Full Name of Plaintiff, Prisoner Number

5:09CV1802
Sec P

VS.

Michele Dauzat
Defendant

COMPLAINT

I. Previous Lawsuits

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes [✓] No [ ]

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

Western District

2. Name the parties to the previous lawsuit(s):

Plaintiffs: Brandon Francis

Defendants: Tim Wilkinson, Clifford Brown, Michael Mathus

3. Docket number(s): 1:08 CV67

4. Date(s) on which each lawsuit was filed: 1-15-08

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ] No [✓]

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

______________________________

______________________________

II. A. Name of institution and address of current place of confinement:

David wade 670 Bell Hill Rd Homer, La 71040

B. Is there a prison grievance procedure in this institution?

Yes [✓] No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓] No [ ]

If Yes, what is the Administrative Remedy Procedure number? Dwcc-09-1253

2. If you did not file an administrative grievance, explain why you have not done so.

______________________________

______________________________

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

______________________________

______________________________

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

A. Name of Plaintiff Brandon Francis

Address 670 BELL Hill Rd Homer, La 71040

B. Defendant. Michele Dauzat, is employed as

Assistant warden at David wade.

Defendant. NiKKi McCoy, is employed as

Social worker at David wade.

Defendant. Tim Albritton, is employed as

Social worker at David wade.

Additional defendants Steve Hayden is a social worker at David wade

## IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

ON the above date and Approximately time I inmate Brandon Francis is writing this Administrative Remedy procedure on the mental Health Staff because they are not making thier rounds like they are suppose to the only time when they come around is when somebody is going on suicide Michele Dauzat is the warden over the mental Health Department and she Knows what they are doing is wrong Michele Dauzat boldly Refused to Strighting this matter out with the mental Health Social workers The officials name: are Michele Dauzat, NiKKi McCoy, Tim Albritton, Steve Hayden on the 9-11-09 I was

placed on Suicide by social worker steve Hayden on the 9-16-09

I had a dead line and I tryed to explain to Social worker

steve Hayden and I really don't appreciate the mental Health staff
"Additional page with claim Added"

V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be Ship to another INStitution and be

awarded for the pain and Suffering and the mental

Sorrows cause by the David wade official Awarded by suit
Additional page with Relief

VI. Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 8 day of October, 2009.

#429626
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Brandon Francis
Signature of Plaintiff

4/06

Additional Page with Claim Added

Staff trying force me into talking to them about my mental Health proublems in front of other Inmates and correctional officers to my Knowledge the mental Health Social worker is suppose to Pull the Inmates out and talk to that Inmate in Privacy but the mental Health Social workers are continually to violate my Constitutional Right and warden michele Dauzat is also in violation for letting the Correctional officers put other Inmates in the Suicide Chair and Strap them down for a long amount of time and take them out for a few minutes then put them back in the Chair It is unconstitutional for them to be doing that and warden Michele Dauzat continuely to Enforce the Illegal and unconstitutional practice towards me and the Inmates who they put in the Chair I'm also being made fun of by the Correctional officers and other Inmates and they have all acted in conscious Concent to Enforce these Illegal Rules and unconstitutional practice upon me and the other Inmates with a Knowledge State of mind and acting in bad faith under the color of Law to inflict the unnecessarily and wanton Infliction of pain, physically, mentally, and Emotionally Distund If Disciplinary Action is not taken against the Judged officials then I Request for Damages in civil Pursuit

Additional page With Relief Added

NiNety thousand and zero cent

Brandon Francis #429626
670 Bell Hill Rd
Homer, La 71040
David wade
N4 B TieR Cell #8

3oz

Mailed From 710
10/09/2009
031A 0005180

Clerk, united States District Court
western District of Louisiana
U.S. Court House
300 Fannin st Suite 1167
Shreveport, La 71101